UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 24-105 |
| | * | |
| V. | * | |
| | * | |
| MOTTA LAW LLC, ET AL | * | SECTION: "D" |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO WITHDRAW AS COUNSEL OF RECORD AND SEEK SUBSTITUTE COUNSEL FROM THE CRIMINAL JUSTICE ACT PANEL

NOW INTO COURT, through undersigned counsel, comes defendant, Motta Law LLC, who respectfully requests that this Honorable Court allow Sean Toomey to withdraw as counsel of record and allow Motta Law LLC to seek substitute counsel from the Criminal Justice Act Panel for the following reasons:

On December 13, 2024, Vanessa Motta was suspended on an interim basis from the practice of law by the Louisiana Office of Disciplinary Counsel ("ODC"). Upon receiving that notification and upon guidance provided by ethics counsel, Ms. Motta endeavored to comply with that suspension by commencing to work as a paralegal for Motta Law LLC and arrange for another attorney, Lionel Sutton, to associate with the firm and take over all attorney functions at the firm. In order to accomplish this goal within the 30-day time period allowed by ODC, Ms. Motta worked around the clock to accomplish the following:

- Communicating with the clients about the interim suspension and what it entails for them and their case.
- Sending documents to the bank holding the IOLTA account to have Lionel Sutton replace Vanessa Motta as the signatory.
- Filling out the necessary documents for the LADB for the interim suspension for Vanessa

Motta to be a paralegal.

- Drafting the correspondence for all parties, counsel, courts, and current clients, of the interim suspension.

- After ethics counsel approved the necessary correspondence, printing out all the clients' names and contacting them to obtain the current addresses to mail the correspondence of the interim suspension.

- Sending letters to all attorneys for all litigation cases to inform them of the interim suspension.

- Meeting with Lionel Sutton about the cases at hand under Motta Law, LLC to facilitate transfer of cases.

- Reaching out to several attorneys about oral arguments and/or cases in the Louisiana Fifth Circuit, Fourth Circuit, and LA Supreme Court to take over as Lionel Sutton is not interested in handling appellate level cases.

- Drafting and filing all motions to withdraw and substitute, and/or motions to withdraw.

On January 6, 2025, both Vanessa Motta and Motta Law LLC appeared in Federal Magistrate Court to attend an initial appearance hearing, arraignment hearing, and set terms for a bond for Vanessa Motta. In the days prior to the hearing, counsel for the government informed undersigned counsel that they would not oppose a bond for Ms. Motta. Just prior to the start of the hearing, counsel for the government requested a meeting with undersigned counsel and the Court to discuss Ms. Motta's bond. During that meeting, the government expressed concern regarding Ms. Motta's intention to work as paralegal at Motta Law LLC under the supervision of Lionel Sutton. After a break in that meeting to allow the initial appearances and arraignments to take place in open court, the parties met again with the Court in private to discuss Ms. Motta's bond. At the end of that

meeting, the Court requested undersigned counsel submit a letter to the Court providing certain information, including a proposal for moving forward, and ordered that Ms. Motta's bond hearing be continued until January 8, 2025. Undersigned counsel submitted that information to the Court prior to the hearing on January 8, 2025. *See* Exhibit A. At that hearing, the Court read a statement into the record and two days later issued an order barring Ms. Motta from working as a paralegal at Motta Law LLC or pursuing employment in any capacity for Lionel Sutton or his firm. *See* rec. doc. 176.

Critically for the instant motion, the Court found that by "virtue of Ms. Motta's interim suspension, Motta Law LLC is **a law firm not authorized to practice law** because its sole managing member is suspended." *See id.* at 4 (emphasis added). As a result, Motta Law LLC is no longer an active law firm. No new funds are allowed to be earned or accepted by Motta Law LLC. Moreover, Motta Law LLC does not own property or assets, has zero equity, and was merely a professional organization created to facilitate an individual, Vanessa Motta, to practice law, which she is no longer allowed to do.

Moreover, it is important to evaluate this situation from a full perspective. On July 18, 2023, after a years-long investigation into Vanessa Motta and allegedly staged car accidents, the ODC cleared Ms. Motta of any and all wrongdoing. *See* Exhibit B. And then over a year later, on December 6, 2024, the United States Attorney's Office indicted not just Ms. Motta, but also her corporate entity, Motta Law LLC (this indictment was not made public until December 9, 2024). And then only four days later, December 13, 2024, and presumably without any additional ODC investigation and on reliance on only the indictment, which is merely an accusation, the ODC changed course and placed Vanessa Motta under an interim suspension. And then on the morning of the bond hearing the government raised concerns about Ms. Motta's efforts to continue working

as a paralegal. This in turn caused the Court to engage in its own private investigation of these issues without involvement of defense counsel or counsel for the government and ultimately rule that Motta Law LLC could no longer function as a law firm, ending any and all sources of income to that entity by definition (it cannot, for example, convert itself into a lawn care business). In other words, based solely on an unproven indictment, the state and federal government have destroyed Motta Law LLC, making it impossible for it to facilitate the generation of any future income or cases.

Therefore, and consistent with and as a result of the Court's order, Motta Law LLC is no longer a functioning business. Motta law is without income of any kind, owns no assets (it was merely a passthrough professional LLC), and is therefore indigent and is constitutionally entitled to seek appointed counsel via the Criminal Justice Act panel at which time the Court may evaluate a financial affidavit submitted by a Motta Law LLC corporate representative and signed under oath.

Respectfully submitted this 30th day of January 2025.

Respectfully Submitted,

/s/ Sean M Toomey
Sean M. Toomey (La. Bar #36055)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone: (504) 556-4118

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties who have registered to receive electronic notification.

/s/ Sean M Toomey
Sean M. Toomey (La. Bar #36055)