

# LOUISIANA ATTORNEY DISCIPLINARY BOARD

**OFFICE OF THE DISCIPLINARY COUNSEL**
4000 S. Sherwood Forest Blvd.
Suite 607
Baton Rouge, Louisiana 70816
(225) 293-3900 • 1-800-326-8022 • FAX (225) 293-3300

July 18, 2023

**SENT VIA E-MAIL ONLY**

Dane Ciolino
Louisiana Legal Ethics, LLC
18 Farnham Pl.
Metairie, LA 70005
dane@daneciolino.com

Clare Roubion
Louisiana Legal Ethics, LLC
610 Woodvale Ave.
Lafayette, LA 70503
claveroubion@lalegalethics.com

Re:   Respondent:      Vanessa Motta
      Complainant:     Office of Disciplinary Counsel
      ODC File No.:    0037224

Dear Mr. Ciolino & Ms. Roubion:

At present, there is not clear and convincing evidence to establish Ms. Motta's involvement with the staged trucking accidents in New Orleans East. Therefore, the Office of Disciplinary Counsel is now closing this investigation. Should additional information or witnesses become available, we reserve the right to reconsider this decision. If you have any questions or concerns, please contact the office.

Sincerely,

Gregory L. Tweed
First Assistant Disciplinary Counsel

GLT/kl

