MINUTE ENTRY
VITTER, J.
FEBRUARY 28, 20225
JS10, 0:35

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-105-ALL |
| RYAN HARRIS<br>JOVANNA R. GARDNER<br>SEAN D. ALFORTISH<br>VANESSA MOTTA<br>MOTTA LAW, LLC<br>JASON F. GILES<br>LEON M. PARKER<br>DIAMINIKE F. STALBERT<br>CARL G. MORGAN<br>TIMARA N. LAWRENCE[1] | SECTION: D (1) |

### TELEPHONE STATUS CONFERENCE REPORT AND ORDER

On February 28, 2025, the Court held a Telephone Status Conference in this matter.

**PRESENT:**

**Matthew R. Payne, Brian M. Klebba, Mary Katherine Kaufman, Ryan McLaren**
Counsel for the Government

**Shaun G. Clarke**
Counsel for Sean D. Alfortish

**Sean M. Toomey**
Counsel for Vanessa Motta and Motta Law, LLC

**David I. Courcelle and Scott C. Stansbury**

---

[1] The pre-trial conference set for this date was converted to a telephone status conference. *See* R. Doc. 201.

Counsel for Jason F. Giles and King Firm, LLC

**Stephen J. Haedicke**
Counsel for Leon M. Parker

**Eddie J. Jordan, Jr. and Hester R. Hilliard**
Counsel for Diaminike F. Stalbert

**Michael G. Raspanti**
Counsel for Carl G. Morgan

**Rachel M. Yazbeck**
Counsel for Timara N. Lawrence

During the conference, the Court discussed with counsel the pending trial date. The Court ordered that any motion to continue the current trial date shall be filed on or before Monday, March 3, 2025, and any opposition to any such motion shall be filed on or before Thursday, March 6, 2025. No reply briefs shall be filed, and any motion to continue the trial date shall be submitted on Thursday, March 6, 2025. Counsel for Vanessa Motta orally moved to withdraw her pending Motion to Enforce the Speedy Trial Act,[2] and the Court granted the oral motion to withdraw.

Accordingly,

**IT IS ORDERED** that the Motion to Enforce the Speedy Trial Act[3] filed by Vanessa Motta is **WITHDRAWN** from the record.

**IT IS FURTHER ORDERED** that any motion to continue the current trial date shall be filed on or before **March 3, 2025**. Any opposition to any such motion

---

[2] R. Doc. 200.
[3] *Id.*

shall be filed on or before **March 6, 2025**, and the motion shall be submitted at this time.

New Orleans, Louisiana, February 28, 2025.

*Wendy B Vitter*
**WENDY B. VITTER**
**United States District Judge**