UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **DOCKET NO. 24-105** |
| | * | |
| **VS** | * | **SECTION: "D"** |
| | * | |
| **MOTTA LAW LLC** | * | |

## MOTTA LAW LLC'S MOTION TO COMPEL

NOW INTO COURT, through undersigned counsel, comes Defendant Motta Law LLC ("Motta Law"), who respectfully moves this Honorable Court for an Order compelling the government to produce the motion, affidavit, and proposed order provided to Judge Brown in support of the government's request for an order finding that the crime-fraud exception applied to communications between any attorney associated with Motta Law LLC during the "time frame of the conspiracy and their clients who participated in staged collisions." Order, *In Re: Grand Jury Proceedings*, Grand Jury No. 08-23-75 "G" (E.D. La. Mar. 20, 2024).

WHEREFORE, Defendant Motta Law prays that this Motion be granted and that the Court enters an Order compelling the Government to immediately produce the requested documents.

Respectfully submitted,

/s/ *Sean M. Toomey*
Sean M. Toomey (Bar # 36055)
**LISKOW & LEWIS**
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139
Telephone:  (504) 556-4118
Facsimile:  (504) 556-4108

*Attorney for Defendant Motta Law LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of July, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

/s/ *Sean M. Toomey*