**EXHIBIT A**

2024R00072_113

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**SEALED**

| | | |
|---|---|---|
| IN RE: GRAND JURY PROCEEDINGS | * | GRAND JURY NO. 08-23-75 |
| | * | SECTION: G |
| | * | **FILED UNDER SEAL** |

## ORDER

Considering the foregoing *Ex Parte* Motion;

**IT IS HEREBY ORDERED** that the crime-fraud exception applies to communications between any attorney associated with Motta Law, L.L.C.; Arnona Rose, Attorneys at Law; The Law Offices of Tim L. Fields, L.L.C.; and Lionel Sutton III during the time frame of the conspiracy and their clients who participated in staged collisions.

**IT IS HEREBY FURTHER ORDERED** that government attorneys and agents acting at their direction are authorized to obtain evidence of attorney-client communications related to these staged collisions from attorneys and other employees of Motta Law, L.L.C.; Arnona Rose, Attorneys at Law; The Law Offices of Tim L. Fields, L.L.C.; and Lionel Sutton III, in connection with its ongoing investigation.

**IT IS HEREBY FURTHER ORDERED** that this order shall be filed under seal, with a copy provided to the government. Furthermore, the government is authorized to disclose this order as necessary in furtherance of its investigation.

New Orleans, Louisiana, this 20th day of March, 2024.

_____
HON. NANNETTE JOLIVETTE BROWN
CHIEF UNITED STATES DISTRICT JUDGE