EXHIBIT C

# LISKOW&LEWIS
A Professional Law Corporation

Liskow.com

701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Main 504.581.7979
Fax 504.556.4108

March 21, 2025

Sean M. Toomey

Direct: (504) 556-4118
stoomey@Liskow.com

Matt Payne, Assistant United States Attorney
Brian Klebba, Assistant United States Attorney
Ryan McLaren, Assistant United States Attorney
United States Attorney's Office
Eastern District of Louisiana
650 Poydras St., New Orleans, LA 70130

Re: *US v. Vanessa Motta*

Dear AUSAs Payne, Klebba, and McLaren:

As I have been reviewing the discovery provided by the government, there are certain documents that I expected to find, but have not. The following is a list of those documents/material. Please let me know if 1) you have produced this material and, if so, direct me to its location, 2) this material does not exist, 3) this material exists and you will provide it in a subsequent production, or 4) this material exists, and you do *not* intend to produce it. If the latter, please provide a rationale for taking that position.

- Any and all motions or filings, including but not limited to affidavits, submitted in connection to the Order signed by the Honorable Nannette Jolivette Brown on March 20, 2024 (the "Order"). As you know from our earlier motion practice regarding the government's motion to compel, I believe that Order was deficient and any and all evidence collected in connection with it is potentially subject to exclusion at the trial of this matter. In order to fully understand what Judge Brown relied upon in issuing that order, I need to review the material the Judge relied upon in issuing the order (in much the same way a search warrant affidavit is discoverable).

- Similarly, it is my understanding that a search warrant was executed on Sean Alfortish's email account. I would like the search warrant affidavit that led to the issuance of that warrant and the material obtained from the search.

- Any and all additional search warrants or Title III orders and related affidavits, to the extent they exist.

  Upon review of the materials received from the Louisiana Attorney Disciplinary Board ("LADB"), it appears that certain documents pertaining to Ms. Motta and the investigation conducted by the LADB between November 2018 and March 2019 may not have been provided to the government, or alternatively, may currently be in the government's possession but have not yet been disclosed. Accordingly, I respectfully request confirmation as to whether you are in possession of any additional documents related to Ms. Motta and the LADB investigation and, if so, whether you plan on producing that material as discovery.

  Finally, I have some concerns about how all of this data is labeled. For example, there are many documents with folder names that include my client's name. As a result, I must review those documents. However, upon opening the document, the document does not appear to have any connection to my client. An example of this is government production No. 7 US-072-00552109- US-072-00575171. These documents are labeled "Motta" but do not appear to involve or refer to my client at all. Hours and hours of time have already been expended opening and reviewing documents labeled with my client's name that have no connection to my client. I am sure this was not intentionally done to harm my client's right to a fair trial, but I request that you either 1) confirm that every document that is labeled "Motta" has a connection to my client, 2) re-label all documents ensure that every document that is labeled with my client's name is in fact related to my client, or 3) provide another mechanism to determine which documents relate to my client, e.g., provide guidance as to which documents were collected or connected to Mr. Keating or the King Firm (which would allow me to prioritize my review accordingly). In addition, there appears to be a massive amount of duplicative material. Can you confirm that these documents have been de-duplicated or, if not, explain why this was not done?

Sincerely,

Sean M. Toomey