# Sean Toomey

| | |
|---|---|
| **From:** | Payne, Matthew (USALAE) <Matthew.Payne@usdoj.gov> |
| **Sent:** | Tuesday, March 25, 2025 10:08 AM |
| **To:** | Sean Toomey; Klebba, Brian (USALAE); McLaren, Ryan (CRM); Kaufman, Mary Katherine (USALAE) |
| **Subject:** | RE: [External Email] US v. Motta - Discovery Letter |

**[EXTERNAL EMAIL]**

Sean,

In response to your letter dated March 21, 2025:

We have litigated the issue of grand jury filings related to Judge Brown's crime-fraud order previously, and our position is the same. We have produced Judge Brown's signed crime-fraud order. We do not intend to produce any filings that preceded the order.

We will produce the affidavit related to the search warrant on Sean Alfortish's email account. We intend to produce the materials obtained pursuant to the execution of that warrant, but we have been waiting for the completion of the filter review by Alfortish's attorney, Shaun Clarke, so that the production will be complete instead of piecemeal. I understand Shaun intends to complete that review after his upcoming trial, which begins next week.

We intend to produce search warrants affidavits. We have not obtained Title III orders in this case.

Any materials we received from LADB relating to Motta and the LADB investigation we have produced to you.

We have been providing an index with discovery that is consistent with how we maintain the discovery. A source may be labeled as relevant to "Motta" because she was the lead subject of the subpoena, such as the subpoena to LADB. We do not intend to re-label all documents. We are happy to provide guidance if you have any specific questions. We also have provided discovery as searchable PDFs or as natives, so you should be able to use text searches to review discovery.

With regards to duplicates, we are doing our best to de-duplicate materials while still ensuring the defendants receive the full discovery they are entitled to. Please note that, if the same document is provided from different sources, we believe the best practice is to provide the document that we received from each source. If there are documents from a particular source that appear to include an unusually high number of duplicates, please let us know.

Best regards,
Matt

---

Matthew R. Payne
Assistant U.S. Attorney
USAO, E.D. Louisiana
(504) 680-3081 office

**From:** Sean Toomey <SToomey@liskow.com>
**Sent:** Friday, March 21, 2025 12:51 PM
**To:** Payne, Matthew (USALAE) <Matthew.Payne@usdoj.gov>; Klebba, Brian (USALAE) <Brian.Klebba@usdoj.gov>; McLaren, Ryan (CRM) <Ryan.McLaren@usdoj.gov>; Kaufman, Mary Katherine (USALAE)

&lt;Mary.Katherine.Kaufman@usdoj.gov&gt;
Subject: [EXTERNAL] US v. Motta - Discovery Letter

Counsel,

Please see attached letter re discovery.

Thanks,
Sean

**Sean Toomey**
Shareholder



P: 504.556.4118
C: 504.214.8146
stoomey@liskow.com

Hancock Whitney Center | 701 Poydras Street | Suite 5000
New Orleans, Louisiana 70139
liskow.com

Liskow & Lewis, A Professional Law Corporation. This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.