UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **DOCKET NO. 24-105** |
| | * | |
| **VS** | * | **SECTION: "D"** |
| | * | |
| **MOTTA LAW LLC** | * | |

### MOTTA LAW LLC'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL

NOW INTO COURT, through undersigned counsel, comes Defendant Motta Law LLC ("Motta Law" or "Defendant"), who respectfully submits this Reply to the Government's Opposition to Motta Law LLC's Motion to Compel. Defendant was forced to file the instant Motion to Compel because Chief Judge Brown's March 20, 2024, Order ("The Order") remains entirely indecipherable, and the Government persistently refuses to produce the underlying motion, supporting affidavit, and proposed order that form the basis of The Order. The Order applies to "communications between any attorney associated with Motta Law, L.L.C. . . . during the time frame of the conspiracy and their clients who participated in the stages collisions." The Order fails to describe in any meaningful way the applicable "time frame" or "conspiracy" that it references. Motta Law has consistently and emphatically maintained that it has no knowledge of any conspiracy and was not involved in any conspiracy. How can Motta Law be expected to reasonably and with any accuracy identify a time frame of a purported conspiracy of which it has no involvement and no knowledge? Compliance with The Order as written is entirely impossible.

The Government does not argue that Motta Law can decipher The Order as written, but instead makes the circular argument that this Court should deny Defendant's motion because

"Motta Law offers only vague speculation as to what it hopes to accomplish after obtaining the sealed crime-fraud filing." Opposition at 6. This defies logic. To the extent Motta Law is not more specific it is the direct result of the government refusing to disclose the documents at issue.

Moreover, this is not a "fishing expedition" as argued by the Government. The only reason Motta Law is seeking these documents is *because* The Order is indecipherable. This is like a doctor ordering that your leg be put in a cast while refusing to show you the x-ray that the doctor claims shows the break necessitating the cast.

And why is it critical to see the documents underlying The Order? That's because The Order's unexpected incomprehensibility raises legitimate questions. What if the Government proposed the language that the Court ultimately adopted in The Order, and supporting affidavit did not identify specific cases or a time period? What if the Government then used The Order as blanket authority to obtain privileged documents not just from Motta Law, but from others? None of that may ultimately be the case, but Motta Law has a constitutional right to be allowed to consider if the Government's actions were consistent with its ethical obligations and Motta Law's due process rights guaranteed by the Constitution.

Accordingly, the motion, affidavit, and proposed order should be produced.[1]

---

[1] It would be more than acceptable to the Defendant if the Defendant was allowed to examine the requested documents in camera and under seal.

-3-

WHEREFORE, for these reasons, and those stated in Motta Law's Motion to Compel, Motta Law prays that this Court enters an Order compelling the Government to immediately produce the motion, affidavit, and proposed order provided to Chief Judge Brown in connection with The Order.

Respectfully submitted,

/s/ *Sean Toomey*
Sean M. Toomey (Bar # 36055)
**LISKOW & LEWIS**
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Attorney for Defendants Vanessa Motta and Motta Law LLC

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 10th day of July, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

/s/ *Sean Toomey*
Sean M. Toomey