UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   *Plaintiff* | CRIMINAL ACTION<br>NO. 2:24-cr-00105 |
| VERSUS | SECTION: "D" (1) |
| MOTTA LAW LLC,<br>   *Defendant* | JUDGE WENDY B. VITTER<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

## ORDER SETTING ORAL ARGUMENT

IT IS ORDERED that oral argument on Defendant Motta Law LLC's Motion to Compel (Rec. Doc. 341) will be held on **Wednesday, July 30, 2025**, at **11:00 a.m.**, before Magistrate Judge Janis van Meerveld, Courtroom B-309, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana 70130.

New Orleans, Louisiana, this 18th day of July, 2025.

                                                  Janis van Meerveld
                                      United States Magistrate Judge

*\*\*\*The Court strongly encourages argument by junior attorneys, particularly where the junior attorneys drafted or contributed significantly to the underlying motion or response. Accordingly, if a junior attorney (i.e., a lawyer practicing for less than seven years) argues a motion or opposition for a party, the Court will allow multiple attorneys to argue for that party so that issues can be split between attorneys or a more senior attorney can offer clarification, if necessary.*