**LCMC Health**

Children's Hospital  
200 Henry Clay Ave  
New Orleans LA 70118-5798

[Patient], Julia  
MRN: [redacted]  DOB: [redacted], Legal Sex: F  
Visit date: 3/24/2025

## 03/24/2025 - Multidisciplinary Visit in Transplant Clinic - Children's Hospital Main Campus (continued)

### Travel Screening (continued) from 3/24/2025 to 3/24/2025

| Question | Response |
|---|---|
| Have you traveled internationally or domestically in the last month? | No |

**Travel History**

No documented travel since 02/24/25

## Vitals

### Vital Signs

Body Mass Index: 25.87 kg/m² (92%, Z= 1.39)*  
   *Growth percentiles are based on CDC (Girls, 2-20 Years) data

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 0 - No pain | None | None | None |

## Patient as-of Visit

### Problem List as of 3/24/2025

| Problem | Noted On | Resolved On |
|---|---|---|
| Adjustment disorder with mixed disturbance of emotions and conduct | 01/26/2022 | — |
| AKI (acute kidney injury) (CMS/HCC) | — | 01/11/2019 |
| Anemia due to chronic illness | 04/09/2018 | — |
| Anterior cerebral aneurysm | 09/24/2018 | 03/31/2021 |
| Antibody mediated rejection of kidney transplant | 11/13/2024 | — |
| At risk for hemorrhage associated with liver biopsy | 09/27/2019 | 03/31/2021 |
| Autosomal recessive polycystic kidney disease and congenital hepatic fibrosis (ARPKD/CHF) | 11/02/2015 | — |
| Bacteremia due to Enterobacter species | — | 03/31/2021 |
| Brain aneurysm | — | 07/22/2024 |
| C. difficile diarrhea | 04/09/2018 | 03/31/2021 |
| Chronic kidney disease, stage IV (severe) (CMS/HCC) | — | 03/10/2021 |
| Coronavirus infection | 01/11/2019 | 03/31/2021 |
| Dehydration | 01/07/2019 | 01/11/2019 |
| Diarrhea | — | 03/31/2021 |
| End-stage renal disease on hemodialysis (CMS/HCC) | 01/24/2021 | 07/22/2024 |
| Esophageal varices (CMS/HCC) | 04/14/2015 | 03/25/2024 |
| Fracture of lateral malleolus of right ankle | 10/31/2018 | 03/31/2021 |
| History of ruptured arterial aneurysm | 04/09/2018 | — |
| Hypertension secondary to other renal disorders | — | — |
| Immunosuppressed status (CMS/HCC) | 08/22/2021 | — |
| Liver transplanted (CMS/HCC) | 03/25/2024 | — |
| Metabolic acidosis | 04/09/2018 | 04/11/2018 |
| Migraine with aura and without status migrainosus, not intractable | 06/10/2024 | — |
| Migraine without aura and without status migrainosus, not intractable | 06/10/2024 | — |
| Mitral regurgitation due to cusp prolapse | 11/15/2022 | — |
| Mitral valve posterior leaflet prolapse | 11/15/2022 | — |
| Moderate dehydration | 04/09/2018 | 04/11/2018 |
| Perthes disease, left | 02/21/2019 | — |
| Portal hypertension (CMS/HCC) | 04/09/2018 | 03/25/2024 |
| Post-op pain | 02/04/2020 | 02/07/2020 |
| Post-op pneumonia | 02/04/2020 | 02/07/2020 |
| Renal osteodystrophy | 09/23/2020 | — |
| Renal transplant recipient | 08/15/2021 | — |
| Renal transplant rejection | 11/11/2024 | — |
| Seasonal allergic rhinitis | 08/30/2017 | — |
| Secondary hyperparathyroidism of renal origin (CMS/HCC) | — | — |

Case 2:24-cr-00105-WBV-JVM   Document 355-1   Filed 07/21/25   Page 2 of 4

**LCMC Health**

Children's Hospital  
200 Henry Clay Ave  
New Orleans LA 70118-5798

M⬛, Julia  
MRN: ⬛, DOB: ⬛, Legal Sex: F  
Visit date: 3/24/2025

## 03/24/2025 - Multidisciplinary Visit in Transplant Clinic - Children's Hospital Main Campus (continued)

### Patient as-of Visit (continued)

| | | |
|---|---|---|
| STEC (Shiga toxin-producing Escherichia coli) infection | 01/11/2019 | 09/23/2019 |
| UTI (urinary tract infection) | 12/01/2024 | — |

### Allergies as of 3/24/2025

| Allergy | Reactions |
|---|---|
| ADHESIVE | Rash |
| ASPIRIN | Other (See Comments) |
| BENADRYL [DIPHENHYDRAMINE HCL] | Other (See Comments) |
| COMPAZINE [PROCHLORPERAZINE] | Anxiety |
| DILAUDID [HYDROMORPHONE] | Anxiety, Other (See Comments) |
| IBUPROFEN | Other (See Comments) |
| MORPHINE | Other (See Comments) |

### Immunizations as-of Visit as of 3/24/2025

| Immunization | Date |
|---|---|
| DTaP | 09/24/2010, 11/11/2010, 01/04/2011, 12/06/2011, 07/23/2014 |
| HPV (Gardasil-9) | 01/23/2021 |
| Hep A, Unspecified | 07/25/2011, 02/14/2012 |
| Hepatitis A, Pediatric/Adolescent | 07/25/2011, 02/14/2012 |
| Hepatitis B, Pediatric/Adolescent Preservative Free | 08/02/2010, 10/15/2010, 02/24/2011 |
| HiB (PRP-T) | 09/21/2010, 11/11/2010, 01/04/2011, 12/06/2011 |
| Hib Unspecified | 09/21/2010, 11/11/2010, 01/04/2011, 12/06/2011 |
| INFLUENZA, SEASONAL, INJECTABLE, (PF) | 12/06/2011, 02/14/2012, 08/24/2012 |
| IPV | 09/21/2010, 11/11/2010, 02/14/2012, 07/23/2014 |
| Influenza, Injectable, MDCK, Preservative Free, Quadrivalent | 12/22/2023 |
| Influenza, MDCK, Trivalent, PF | 10/28/2024 |
| Influenza, Unspecified | 12/06/2011, 02/14/2012, 08/24/2012, 09/12/2014, 09/06/2016, 02/07/2020 |
| Influenza, injectable, quadrivalent, preservative free | 12/06/2011, 02/14/2012, 08/24/2012, 09/12/2014, 09/06/2016, 02/07/2020, 10/23/2020, 11/20/2020, 11/20/2020, 11/08/2021, 10/24/2022 |
| MMR | 02/14/2012, 07/23/2014 |
| Meningococcal MCV4O | 01/23/2021 |
| Pneumococcal Conjugate PCV 13 | 10/15/2010, 12/03/2010, 02/24/2011, 07/25/2011, 12/18/2020 |
| Pneumococcal Polysaccharide PPSV 23 | 02/17/2021 |
| Rotavirus, Pentavalent | 09/21/2010, 11/11/2010, 01/04/2011 |
| Tdap | 01/27/2023 |
| Varicella | 12/06/2011, 07/23/2014 |
| influenza virus, trivalent, split virus, 0.25 ml | 12/06/2011, 02/14/2012, 08/24/2012, 09/12/2014, 09/06/2016, 02/07/2020 |

### Implants as-of Visit as of 3/24/2025

**Catheter**
**Catheter Dialysis Argyle Swan Neck Curl Cath Quinton Silicone Pediatric 180 D L42 Cm Od15 Fr Peritoneal Left 2 Cuff 2 Disc High Kink Resistant Radiopaque Sterile Latex Free - Sna - Explanted**                                                                    (Right) Abdomen

| | | | |
|---|---|---|---|
| Inventory item: | CATHETER PERITONEAL DIALYSIS LEFT 42CM 2 CUFF ARGYLE SWAN NECK 180D CURL STERILE LATEX FREE DISPOSABLE | Model/Cat number: | 8888414813 |
| Serial number: | NA | Manufacturer: | MEDTRONIC MINIMALLY INVASIVE THERAPIES |
| Lot number: | 1804500099 | | |

**As of 3/16/2021 (Log 760889)**

| | |
|---|---|
| Status: | **Explanted** |

**As of 2/4/2020 (Log 523359)**

**LCMC Health**

Children's Hospital  
200 Henry Clay Ave  
New Orleans LA 70118-5798

M[redacted], Julia  
MRN: [redacted], DOB: [redacted], Legal Sex: F  
Visit date: 3/24/2025

## 03/24/2025 - Multidisciplinary Visit in Transplant Clinic - Children's Hospital Main Campus (continued)

### Patient as-of Visit (continued)

Status: **Implanted**

### History as of 3/24/2025

#### Medical History as of 3/24/2025

Medical last reviewed by Trichelle Robinson on 3/24/2025

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| ADHD (attention deficit hyperactivity disorder) [F90.9] | — | — | Provider |
| Anemia [D64.9] | 2014 | with CKD, resolved | Provider |
| Aneurysm (CMS/HCC) [I72.9] | 01/09/2023 | Front R Brains/p coil, encounter Dr. Roberts | Provider |
| Anterior cerebral aneurysm [I67.1] | 03/13/2018 | right A1 | Provider |
| Asthma [J45.909] | 08/2019 | seasonal | Provider |
| Autosomal recessive polycystic kidney disease and congenital hepatic fibrosis (ARPKD/CHF) [Q61.19, P78.81] | — | S/P liver and kidney transplant 8/15/2021 | Provider |
| Bell's palsy [G51.0] | 2011 | — | Provider |
| Coronavirus infection [B34.2] | 01/11/2019 | — | Provider |
| Deceased-donor kidney transplant [Z94.0] | 08/15/2021 | — | Provider |
| End-stage renal disease on hemodialysis (CMS/HCC) [N18.6, Z99.2] | 01/24/2021 | — | Provider |
| Esophageal varices (CMS/HCC) [I85.00] | 2015 | associated with ARPKD/CHF | Provider |
| Fracture of lateral malleolus of right ankle [S82.61XA] | 10/31/2018 | — | Provider |
| Headache [R51.9] | — | migraines | Provider |
| Hypertension [I10] | — | followed by Dr Sernich, secondary to renal disorder | Provider |
| Legg-Perthes disease [M91.10] | 02/2019 | — | Provider |
| Liver transplant recipient (CMS/HCC) [Z94.4] | 08/15/2021 | — | Provider |
| Mitral valve prolapse [I34.1] | 11/15/2022 | mitral valve regurgitation, seen by Dr Sernich encounters, follow up 1 year | Provider |
| Nosebleed [R04.0] | 02/04/2019 | — | Provider |
| Otitis media [H66.90] | 2019 | — | Provider |
| Portal hypertension (CMS/HCC) [K76.6] | 2014 | — | Provider |
| Prematurity [P07.30] | — | 36wks NICU 7da, Vent, Pneumothorax | Provider |
| Renal transplant rejection [T86.11] | — | — | Provider |
| Respiratory syncytial virus [B33.8] | 07/26/2021 | — | Provider |
| Ruptured aneurysm of artery (CMS/HCC) [I72.9] | 03/13/2018 | right A1 | Provider |
| Subarachnoid bleed (CMS/HCC) [I60.9] | 01/09/2023 | nontraumatic from anterior communicating artery, Dr.O.Roberts encounter. | Provider |
| Transfusion history [Z92.89] | — | iron transfusion | Provider |
| Trichotillomania [F63.3] | 01/2021 | related Anxiety | Provider |
| Valvular regurgitation [I38] | — | mitral valve prolapse - mild per mom (post transplant) | Provider |
| Vision problems [H54.7] | — | wears glasses | Provider |

#### Surgical History as of 3/24/2025

Surgical last reviewed by Trichelle Robinson on 3/24/2025

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| BRAIN SURGERY [SHX531] | — | 03/2018 | for the A1 aneurysm, basilar tip | Provider |

Case 2:24-cr-00105-WBV-JVM   Document 355-1   Filed 07/21/25   Page 4 of 4

![LCMC Health logo]

Children's Hospital  
200 Henry Clay Ave  
New Orleans LA 70118-5798

M[redacted], Julia  
MRN: [redacted]   DOB: [redacted], Legal Sex: F  
Visit date: 3/24/2025

## 03/24/2025 - Multidisciplinary Visit in Transplant Clinic - Children's Hospital Main Campus (continued)

**Patient as-of Visit (continued)**

| Procedure | Laterality | Date | Comments | Provider |
|---|---|---|---|---|
| | | | dilitation | |
| UPPER GASTROINTESTINAL ENDOSCOPY [SHX188] | — | 02/26/2017 | — | Provider |
| LIVER BIOPSY [SHX301] | — | 09/27/2019 | and at 3 months in California | Provider |
| INTERVENTIONAL RADIOLOGY PROCEDURE [SHX1837] | N/A | 09/27/2019 | LCMC US GUIDED INTRAOPERATIVE PROCEDURE 9/27/2019 CHNO ULTRASOUND | Provider |
| LIVER BIOPSY [SHX301] | — | 10/2010 | — | Provider |
| IMGHX ARTHROGRAM HIP LEFT IN OR (NPO) [IMGHX20379] | Left | 08/15/2018 | steroid injection | Provider |
| PR ESOPHAGOGASTRODUODENOSCOPY TRANSORAL DIAGNOSTIC [43235] | — | 08/18/2014,6/15/2015,8/15/2016,6/26/2017,2/26/2018, | multiple | Provider |
| double nephrectomy [Other] | Bilateral | 01/14/2021 | Laparoscopic with partial ureterectomy | Provider |
| LIVER TRANSPLANT [SHX410] | — | 08/15/2021 | ORTHOTOPIC | Provider |
| KIDNEY TRANSPLANT [SHX239] | — | 08/15/2021 | — | Provider |
| CHOLECYSTECTOMY [SHX55] | — | 08/15/2021 | with transplant | Provider |
| LIVER STENT [Other] | — | — | — | Provider |
| BONE MARROW BIOPSY W/ ASPIRATION [SHX1253] | — | 05/29/2021 | — | Provider |
| coil embolization [Other] | — | 03/13/2018 | West Jefferson | Provider |
| ERCP [SHX60] | — | 04/21/2022 | with sphincterotomy/papillotomy(Texas CHildren's) also 8/27/2021(stent placement) | Provider |
| ERPC remove foreign body/stent/biliary/ pancr duct,remove calculi/debris biliary/pancreas duct [Other] | — | 01/13/2022 | — | Provider |
| cystoscopy remove foreign body/ stent simple [Other] | — | 10/05/2021 | stone,ERPC biliary/panc duct stent exchange w/dil & wire,balloon dilate biliary/panc duct/ampulla ea,remove calculi/debris bilary /panc duct | Provider |
| PD catheter removal [Other] | Right | 03/16/2021 | dressing change under anesthesia | Provider |
| HX intracranial aneurysm repair [Other] | — | 03/13/2018 | — | Provider |
| insertion of HD catheter [Other] | — | 01/16/2021 | — | Provider |
| laparoscopic PD catheter placed with omentectomy [Other] | — | 02/04/2020 | — | Provider |
| TONSILLECTOMY AND ADENOIDECTOMY [SHX28] | — | 07/25/2023 | — | Provider |
| INTERVENTIONAL RADIOLOGY PROCEDURE [SHX1837] | N/A | 11/13/2024 | Procedure: IR Renal Biopsy, Random with CT Guidance; Surgeon: Mary Brookes Ezell, MD; Location: CHNO Interventional Radiology; Service: Interventional Radiology; Laterality: N/A; | Provider |