**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 24-105** |
| **SEAN D. ALFORTISH** | **SECTION: "D"** |
| **VANESSA MOTTA** | |
| **MOTTA LAW, LLC** | **VIOLATIONS: 18:1349, 18:1503(a);** |
| **JASON F. GILES** | **18:1512(b)(1); 18:1341; 18:1001(a)(2);** |
| **KING FIRM, LLC** | **and 18:2,** |
| **LEON M. PARKER** | |
| **DIAMINIKE F. STALBERT** | |
| **CARL G. MORGAN** | |
| **TIMARA N. LAWRENCE** | |

**NOTICE OF TRIAL AND PRETRIAL CONFERENCE**
(previously set for 9/825)

Take notice that this criminal case has been **reset** for **TRIAL** on **MARCH 2, 2026, at 9:00 a.m.** before Judge Wendy B. Vitter, 500 Poydras Street, Courtroom C-352, New Orleans, LA 70130.   A FINAL PRETRIAL CONFERENCE will be held on **February 11, 2026, at 10:00 a.m.**

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:  August 7, 2025 | CAROL L. MICHEL, CLERK |
| | by:  Melissa Verdun, Deputy Clerk |
| TO: **SEAN ALFORTISH- (CUSTODY)** | |
| | AUSA: Matthew Payne, Brian Klebba, Jeffrey McLaren and Mary Kaufman |
| **Counsel for Defendant- Sean Alfortish** | |
| Shaun Clark, Esq.- sclarke@mbssmartlaw.com | |
| | U.S. Marshal |
| **VANESSA MOTTA- (BOND)** | |
| | U.S. Probation & Pre-Trial Services Unit |
| **Counsel for Defendant- Vanessa Motta:** | |
| Sean Toomey, Esq.- stoomey@liskow.com | Interpreter: **none** |
| **MOTTA LAW, LLC-** | **FBI- Special Agent Michael Heimbach** |
| **Counsel for Defendant, Motta Law, LLC** | |
| Sean Toomey, Esq. stoomey@liskow.com | |
| **JASON GILES  (BOND)** | |
| **Counsel for Defendant- Jason Giles** | |
| **Lynda Van Davis-Greenstone, Esq.-** | |
| lynda@tulanebroad.com | |

**KING FIRM, LLC-**

**Counsel for Defendant- King Firm, LLC**
Richard Simmons, Jr. Esq.-
rsimmons@hmhlp.com

**LEON PARKER (CUSTODY)**

**Counsel for Defendant- Leon Parker**
Stephen Haedicke, Esq.- stephen@haedickelaw.com

**DIAMINIKE STALBERT (BOND)**

**Counsel for Defendant- Diaminike Stalbert**
Hester Hilliard, Esq. –
hilliardlawfirm@outlook.com

**CARL MORGAN (BOND)**

**Counsel for Defendant- Carl Morgan**
Michael Raspanti, Esq.- mgraspanti013@gmail.com

**TIMARA LAWRENCE (BOND)**

**Counsel for Defendant- Timara Lawrence**
Rachel Yazbeck, Esq.- rmyazbeck@gmail.com


**If you change address,
notify clerk of court
by phone, 504-589-7708**