UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.: 2:24-CR-00105 |
| | CHIEF JUDGE WENDY VITTER |
| VERSUS | SECTION: D |
| | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| RYAN J. HARRIS, ET AL. | DIVISION: 1 |

### MOTTA LAW LLC'S MOTION FOR RECONSIDERATION OF ITS MOTION TO COMPEL

NOW INTO COURT, through undersigned counsel, comes Defendant Motta Law LLC ("Motta Law"), who moves this Court to reconsider its order (R. Doc. 377) on Motta Law's motion to compel (R. Doc. 341). For the reasons more fully articulated in the attached memorandum in support, Motta Law respectfully requests that this Court reconsider its August 13, 2025 order and enter an order compelling the government to produce the pleadings in support of its request to invoke the crime-fraud exception in *In Re: Grand Jury Proceedings*, Grand Jury No. 08-23-75 "G."

Respectfully submitted,

*/s/ Sean M. Toomey*
Sean M. Toomey (La. Bar #36055)
Ellen D. George (La. Bar #39891)
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
Email: stoomey@liskow.com

**Attorneys for Defendants Vanessa Motta and Motta Law, LLC**

-2-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of September, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

/s/ Sean M. Toomey