UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

RYAN HARRIS, ET AL.

CRIMINAL ACTION

NO. 24-105

SECTION: D (1)
**This Order applies to
all defendants named
in counts 1-8 of the
Second Superseding
Indictment**

## ORDER

Considering the Motion for Leave to File Under Seal a Surreply to the Government's Memorandum In Support of Rule 15 Deposition (Under Seal), filed by defendants, Jason Giles and The King Firm, LLC (R. Doc. 451);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** The Clerk of Court for the Eastern District of Louisiana shall **SEAL** the Surreply to the Government's Memo in Support of a Rule 15 Deposition of Castle (Denial or Access to Medical Records) (R. Doc. 451-2), except for copies that will be provided to counsel for the defendants, Sean D. Alfortish, Vanessa Motta, Motta Law, LLC, Jason F. Giles, The King Firm, LLC, Leon M. Parker, Diaminike F. Stalbert, Carl G. Morgan, and Timara N. Lawrence, and to the U.S. Attorney's Office.

**IT IS FURTHER ORDERED** that the foregoing document shall remain sealed only until the Pretrial Conference scheduled for February 11, 2026. At the conference, the Court will discuss with counsel whether sealing the entirety of the

document complies with this Court's Local Rules and Fifth Circuit precedent[1] or, alternatively, whether redaction of certain parts of the document is more appropriate than wholesale sealing of the document.

New Orleans, Louisiana, October 28, 2025.

**WENDY B. VITTER**
**United States District Judge**

---

[1] *United States v. Ahsani*, 76 F.4th 441 (5th Cir. 2023).