UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-105 |
| VANESSA MOTTA, ET AL. | SECTION: D (1) |

### VANESSA MOTTA'S REQUEST FOR RULE 17 SUBPOENA

Rule 17 of the Federal Rules of Criminal Procedure subpoenas for witness testimony ("Rule 17 Subpoenas") are a crucial aspect of pretrial hearings. However, the Court has the power to ensure that Rule 17 Subpoenas are not used as a fishing expedition. *See Bowman Dairy Co. v. U.S.*, 341 U.S. 214 (1951). The application must set forth the name of the witness and the issue to which the testimony of the witness will be directed, including the substance of the testimony that the witness is expected to give or the facts to which the witness will testify. *See* 20 C.F.R. § 258.3.

In the instant matter, Motta requests one Rule 17 Subpoena to compel one witness to testify at the hearing of the government's motion to introduce statements pursuant to the forfeiture by wrongdoing exception to the hearsay rule. The witness is Jason Baer.

During the first portion of the hearing that took place on December 5, 2025, the government introduced text messages between Mr. Baer and Vanessa Motta. During that process, the government insinuated that those text messages evidenced that Ms. Motta was aware that car accidents were, in fact, staged. That conclusion is false. The defendant intends to question Mr. Baer regarding those text messages to uncover the truth.

Respectfully submitted,

*/s/ Sean M. Toomey*
Sean M. Toomey (La. Bar #36055)
Ellen D. George (La. Bar #39891)
Zachary D. Berryman (La. Bar #40278)
Dominic Berthelot (La. Bar #41159)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 556-4118
Facsimile: (504) 556-4108

**Attorney for Defendants Vanessa Motta and Motta Law LLC**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of December 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

*/s/ Sean M. Toomey*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | DOCKET NO. 24-105 |
| | * | |
| VS | * | SECTION: "D" |
| | * | |
| VANESSA MOTTA, ET AL. | * | |

## DEFENDANT'S REQUEST FOR RULE 17 SUBPOENA

Please issue the signed subpoena as noted below, pursuant to Rule 17 of the Federal Rules of Criminal Procedure. I hereby certify that the number of subpoenas requested is in accordance with the Federal Rules of Criminal Procedure.

## SUBPOENAS TO TESTIFY

1 set for hearing scheduled on December 12, 2025, set to begin at 9:00 a.m.

Respectfully submitted,
/s/ *Sean M. Toomey*
Sean M. Toomey (Bar # 36055)
Ellen D. George (Bar # 39891)
Zachary D. Beryman (Bar # 40278)
Dominic Berthelot (Bar # 41159)
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000 New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

*Attorneys for Defendants Vanessa Motta and Motta Law LLC*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 10th day of December 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

*/s/ Sean M. Toomey*