UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.: 2:24-CR-00105 |
| | CHIEF JUDGE WENDY VITTER |
| VERSUS | SECTION: D |
| | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| VANESSA MOTTA, ET AL. | DIVISION: 1 |

**VANESSA MOTTA'S AND MOTTA LAW LLC'S UNOPPOSED MOTION
FOR EXTENSION OF DEADLINE FOR DEFENDANTS'
EXPERT REPORT AND RULE 16 DISCLOSURES**

NOW INTO COURT, through undersigned counsel, comes Defendants Vanessa Motta and Motta Law LLC (the "Defendants"), who move to extend the current deadline to designate experts and provide all Rule 16 disclosures from January 6, 2026 (*see* rec. doc. 405) to a date to be determined by the Court. The reason for this request is that the government has indicated that it may seek a superseding indictment (*see* rec. doc. 509). Consistent with the Court's December 17, 2025, Order (rec. doc. 503), to maximize efficiency and fairness, defendants respectfully move the Court to extend this deadline as well. The government was contacted and informed of this motion and has no objection to it being granted.

The government has been contacted and has no objection to this extension.

Respectfully submitted,

*/s/ Sean M. Toomey*
Sean M. Toomey (La. Bar #36055)
Ellen D. George (La. Bar #39891)
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979

-2-

Facsimile: (504) 556-4108
Email: stoomey@liskow.com

**Attorneys for Defendants Vanessa Motta and Motta Law, LLC**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of January, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

/s/ Sean M. Toomey