UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.: 2:24-CR-00105 |
| | CHIEF JUDGE WENDY VITTER |
| VERSUS | SECTION: D |
| | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| VANESSA MOTTA, ET AL. | DIVISION: 1 |

**VANESSA MOTTA AND MOTTA LAW, LLC'S MEMORANDUM IN SUPPORT OF
<u>MOTION TO SEQUESTER JURY</u>**

Under Supreme Court precedent, this Court has a "duty to protect [Ms. Motta] from the inherently prejudicial publicity which saturate[s] the community" and jeopardizes Ms. Motta's constitutional guarantee of a fair trial. *See Nebraska Press Ass'n v. Stuart*, 427 U.S. 539, 552-53 (1976) (quotation omitted). This duty to protect necessarily contemplates sequestration of the jury. *Id.* at 553 (observing that "where there is a reasonable likelihood that prejudicial news prior to trial will prevent a fair trial" "[s]equestration of the jury was something the judge should have raised Sua sponte with counsel"). Considering the years of disparaging press coverage and the recent flurry of articles concerning Ms. Motta and this case, it is beyond dispute that the coverage will continue throughout the trial. To protect Ms. Motta's constitutional rights and control the influence of prejudicial news stories in the courtroom, Ms. Motta respectfully requests that this Court grant the instant motion and sequester the jury for the duration of trial. *See id.* at 552-53.

**I.    Facts:**

Since 2019, the media has published approximately 40 news stories concerning Ms. Motta's alleged involvement in what reporters have repeatedly labeled as "the multi-million dollar

staged accident scheme"[1] – with almost half of them occurring in the last year alone. These local and national articles include, for example:

1. Mike Perlstein, *He owns race horses, she was a stuntwoman. So how do they fit into the federal probe into 18-wheeler accident fraud in New Orleans?*, WWL-TV (Nov. 7, 2019, 10:09 PM), https://www.wwltv.com/article/news/investigations/mike-perlstein/highway-robbery-part-three/289-8dc47385-df0f-4cbf-b2fc-0b220cb152c5 ("With Motta actively enrolled in five of those cases, many in the legal community are wondering how an attorney fresh out of laws school landed so many complex and potentially lucrative cases so quickly. 'How does someone just out of law school, and I say just three years ago out of law school, accumulate all of these same type cases?' Foret asked."; "'It is inexplicable to me why she would stay on the record of these cases where many other lawyers have jumped ship,' WWL-TV legal analyst Chick Foret said."; "**Anyone who pays for car insurance in Louisiana also has a stake in the federal investigation. Drivers in the state pay an average of $600 a year more because of the level of fraudulent accident claims, according to state Insurance Commissioner Jim Donelon**.") (emphasis added).

2. Ramon Antonio Vargas, *In New Orleans, case of staged accidents, disbarred lawyer, stuntwoman attorney takes a dark turn*, NOLA.com (Sept. 24, 2020), https://www.nola.com/news/crime_police/in-new-orleans-case-of-staged-accidents-disbarred-lawyer-stuntwoman-attorney-takes-a-dark-turn/article_e489aa3a-feb2-11ea-be7c-6f14f6de9f17.html.

3. Mike Perlstein, *New Orleans man shot and killed days after indictment alleging he staged 50 crashes with 18-wheelers*, WWL-TV (Sept. 25, 2020, 10:31 AM), https://www.wwltv.com/article/news/investigations/new-orleans-man-suspected-of-staging-50-car-crashes-shot-and-killed-days-after-indictment/289-39aad390-d652-4673-9fb3-a19fcd8943f4 ("He's indicted Friday afternoon and less than a week later, he's murdered," Kelly said. "You have to be the village idiot not to see the connection."; and describing Ms. Motta's alleged involvement in scheme).

4. Mike Perlstein, *Attorney indicted, key witness murdered as FBI turns up the heat in Louisiana insurance fraud investigation*, WWL-TV (Nov. 23, 2020, 10:16 PM), https://www.wwltv.com/article/news/investigations/mike-perlstein/highway-robbery-fbi-closing-in-on-louisiana-attorneys-in-fraud-investigation/289-23828066-505f-4755-9ec0-9f8b7e25d256 ("Dozens of staged accidents. Scores of hustlers. Millions of dollars paid to settle fraudulent lawsuits with fake injury claims. And, as a result, **the entire state of Louisiana suffering from some of the highest car insurance rates in the country**. 'It affects all of us,' former U.S. Attorney Harry Rosenberg said. '**It affects you and me and all of your listeners because we're all going to be paying more insurance as a result of these fraudulent claims.'**") (emphasis added).

---

[1] Mike Perlstein, *Attorney charged in 'Highway Robbery' case accused of gambling in violation of her bond*, WWL-TV (Aug. 8, 2025, 12:45 PM), https://www.wwltv.com/article/news/investigations/mike-perlstein/attorney-vannessa-motta-charged-in-highway-robbery-case-accused-of-gambling-in-violation-of-her-bond/289-6b14eeb1-c3aa-4cdf-8866-8fbd795d3cb2.

5. KLFY, *Attorney indicted, key witness murdered as FBI turns up the heat in La. insurance fraud investigation*, KLFY via WWL-TV (Nov. 24, 2020, 11:43 AM), https://www.klfy.com/louisiana/attorney-indicted-key-witness-murdered-as-fbi-turns-up-the-heat-in-la-insurance-fraud-investigation ("Dozens of staged accidents. Scores of hustlers. Millions of dollars paid to settle fraudulent lawsuits with fake injury claims. And, as a result, the entire state of Louisiana suffering from some of the highest car insurance rates in the country. "It affects all of us," former U.S. Attorney Harry Rosenberg said. "It affects you and me and all of your listeners because we're all going to be paying more insurance as a result of these fraudulent claims."; and describing Ms. Motta's alleged involvement in scheme).

6. Mike Perlstein, *Convicted scammer who tried to rig equestrian organization's leadership elections nominated for LHBPA leadership role*, WWL-TV (Jan. 13, 2021, 7:10 PM), https://www.wwltv.com/article/news/crime/sean-alfortish-nominated-for-board-seat-for-horsemens-association/289-fbac8bd7-397a-4372-8dfa-284b19c6974d.

7. Mike Perlstein, *'Operation Sideswipe' wraps with a whimper – what are the implications for La. drivers?: As a massive federal fraud case wraps up with mostly low-level defendants, the anticipated car insurance savings La. drivers fails to materialize*, WWL-TV (Nov. 21, 2023, 7:07 PM), https://www.wwltv.com/article/news/investigations/mike-perlstein/highway-robbery-operation-sideswipe-insuarance-fraud-slammers-mike-perlstein-louisiana/289-d804fd83-db4e-4170-8476-6321ae7b28f1 ("The prevalence of accident fraud in Louisiana is estimated to add at least $600 a year in car insurance costs for every Louisiana driver. While some were hopeful that 'Operation Sideswipe' would help lower those costs, suspect lawsuits still litter the courts and those savings have not been realized.").

8. John Simerman, *Scammer turned federal witness killed by ex-partner in New Orleans staged crash scheme, feds say*, NOLA.COM (May 7, 2024), https://www.nola.com/news/courts/new-orleans-car-crash-scam-killing/article_d4d821fc-0ca0-11ef-a967-7fef68d9bba1.html.

9. Ramon Antonio Vargas, *New Orleans man and woman accused of killing witness in insurance scheme*, The Guardian (May 8, 2024, 6:00 PM), https://www.theguardian.com/us-news/article/2024/may/08/new-orleans-murder-insurance-scheme-staged-truck-accidents ("A lawyer who conspicuously has managed to elude charges is one who represented Garrison. Vanessa Motta, who touts her previous work as an on-screen stuntwoman in local television commercials billing her as 'a badass attorney'. She helped secure a $650,000 settlement in an accident that Garrison staged and for which he was paid a share of the money.").

10. Mike Perlstein, *Key witness in massive Louisiana staged accident scam was murdered execution-style*, WWL-TV (May 7, 2024, 5:19 PM), https://www.wwltv.com/article/news/local/witness-in-louisiana-staged-accident-scam-was-murdered-indictment-federal-investigation-insurance-fraud-crash-traffic/289-

46e93062-7149-4267-b09c-d2b05efa3450 (observing that Motta, "a central figure in the staged accident probe," was listed as "Attorney B" in federal court documents, although she had not yet been charged; describing the "surprise **blockbuster** indictment" as being dropped like a "bomb") (emphasis added).

11. Mike Perlstein, *Highway Robbery | Man accused of killing federal witness denied bail*, WWL-TV (May 17, 2024, 7:05 PM), https://www.wwltv.com/article/news/investigations/mike-perlstein/murder-hearing-in-highway-robbery-investigation-insurance-scam-staged-accidents-guilty-indicted/289-aeaf7056-7b9e-4702-9231-cac6b19b3d0d.

12. Mike Perlstein, *Highway Robbery | Attorneys indicted for massive fraud*, WWL-TV (Dec. 9, 2024, 6:27 PM), https://www.wwltv.com/article/news/investigations/mike-perlstein/highway-robbery-attorneys-indicted-for-massive-fraud-staged-truck-accidents/289-ed6b56a4-e946-4098-891c-61f060805b41 ("The prevalence of accident fraud in Louisiana is estimated to add at least $600 a year in car insurance costs for every Louisiana driver."; "After years of delays, the first hint Monday that the feds were expanding to the next stage of indictments was when federal agents showed up early Monday at the Lake Vista home of Motta and Alfortish.").

13. Travers Mackel and Erin Lowrey, *New Orleans lawyers, prominent businessman charged in staged wrecks probe*, WDSU (Dec. 9, 2024, 6:18 PM), https://www.wdsu.com/article/new-orleans-prominent-business-man-staged-wrecks-arrest-warrant/63136460.

14. John Simerman, *Federal indictment names New Orleans attorneys, others in staged crash scheme tied to murder*, NOLA.com (Dec. 9, 2024), https://www.nola.com/news/crime_police/federal-indictment-names-new-orleans-attorneys-others-in-staged-crash-scheme-tied-to-murder/article_309b8164-b656-11ef-bfb7-cfaaae5c200b.html.

15. Raeven Poole, *Ten charged in New Orleans staged crashes including prominent lawyers, business owner*, WGNO (Dec. 10, 2024, 2:48 PM), https://wgno.com/news/crime/ten-charged-in-new-orleans-staged-crashes-including-prominent-lawyers-business-owner/.

16. Mike Perlstein, *Highway Robbery: Arrest made in federal fraud case on staged truck accidents*, WWL-TV (Dec. 12, 2024 (11:22 AM), https://www.wwltv.com/article/news/investigations/mike-perlstein/highway-robbery-arrest-made-in-federal-fraud-case-on-staged-truck-accidents/289-9e807705-7d99-4327-b4e2-cb85ce5c7cf0 ("Motta was indicted along with her law firm, Motta Law, LLC. Motta is the Hollywood stuntwoman-turned-accident-lawyer who has popped up in court documents as the attorney who filed lawsuits on behalf of many of the bogus accident victims.").

17. Erin Lowrey and Travers Mackel, *FBI agent testifies in staged wrecks scheme; New details revealed*, WDSU (Dec. 16, 2024, 3:56 PM), https://www.wdsu.com/article/new-orleans-

staged-wrecks-scheme-new-details/63205470 (reporting that "Garrison was then introduced to Alfortish, who is described as playing 'an active role' in staging crashes for Motta's law firm" and that "The FBI agent testified that Motta and Alfortish offered Garrison money to leave and also arranged for him to get an attorney").

18. Mike Perlstein, *Links to murder of federal witness to keep "Highway Robbery" defendant in jail*, WWL-TV (Dec. 16, 2024, 10:18 PM), https://www.wwltv.com/article/news/investigations/mike-perlstein/links-murder-federal-witness-highway-robbery-defendant-jail/289-348ad992-9388-4a4d-b8b7-5071f5c964f1 (stating that "**Evidence** that prosecutors filed evidence last week shows that Garrison was working closely with Alfortish to stage accidents and steer the participants to file allegedly fraudulent lawsuits through Alfortish's fiancée, Vanessa Motta" (despite no such evidence existing); and reporting that Judge van Meerveld said, "'There is enough concern here that Mr. Parker had some role in that murder,' Meerveld said from the bench. 'There is a lot of evidence here that Mr. Garrison was indeed hushed up.'") (emphasis added).

19. Gabriella Killett, *New Orleans attorneys linked to 'Operation Sideswipe' temporarily suspended from practicing law*, NOLA.com (Dec. 27, 2024), https://www.nola.com/news/courts/new-orleans-attorneys-linked-to-staged-wrecks-suspended/article_c39b4fbe-c4af-11ef-b7ea-bfd4cd7e8412.html.

20. Nigell Moses and Kenny Kuhn, *Two New Orleans attorneys allegedly linked to staged 18-wheeler crash fraud scheme, lose law licenses*, WWL-TV (Dec. 29, 2024, 11:42 AM), https://www.wwltv.com/article/news/investigations/mike-perlstein/new-orleans-attorneys-suspended-staged-crash-fraud-insurance-accident-law-fbi-federal-investihgation-louisiana-auto-insurance/289-98da09a4-375d-4945-b292-f9490fe3d0bc (describing how Motta's law license was suspended for her alleged role in an insurance fraud scheme where slammers "worked with allegedly crooked attorneys to file fraudulent lawsuits" who "settle[d] dozens of bogus claims").

21. John Simerman, *Two New Orleans lawyers enter pleas in staged-crash case*, NOLA.com (Jan. 6, 2025), https://www.nola.com/news/courts/two-new-orleans-lawyers-enter-pleas-in-staged-crash-case/article_4145bd28-cc80-11ef-80e2-1f7ee5504607.html.

22. David Propper, *New Orleans stuntwoman-turned-lawyer busted in staged car crash, fraudulent lawsuit scheme: feds*, New York Post (Jan. 7, 2025, 11:40 PM), https://nypost.com/2025/01/07/us-news/lawyer-vanessa-motta-allegedly-had-role-in-staged-crash-scheme-feds/.

23. Christina Coulter, *Stuntwoman personal injury attorney staged car crashes for profit: feds*, Fox News (Jan. 8, 2025, 11:44 AM), https://www.foxnews.com/us/stuntwoman-personal-injury-attorney-staged-car-crashes-profit-feds.

24. Michelle Del Rey, *Stuntwoman-turned-attorney accused of staging car crashes to file fraudulent insurance claims*, The Independent (Jan. 8, 2025, 6:52 PM), https://www.the-

independent.com/news/world/americas/crime/stuntwoman-attorney-crash-insurance-claims-b2676135.html.

25. Travers Mackel, *New Orleans attorneys indicted in staging wrecks make federal court appearances*, WDSU (Jan. 9, 2025, 3:31 PM), https://www.wdsu.com/article/new-orleans-attorneys-indicted/63364646.

26. Mike Perlstein, *'Highway Robbery' surprise development: defendant agrees to stay jail*, WWL-TV (Jan. 9, 2025, 3:28 PM), https://www.wwltv.com/article/news/investigations/mike-perlstein/highway-robbery-defendant-agrees-to-stay-in-jail-surprise-development/289-97b5265a-5dbf-414e-ac9a-bee320ce2cf6.

27. Mike Perlstein, *'Highway Robbery' murder defendant pleads guilty, implicates others in killing*, WWL-TV (Jan. 16, 2025, 5:45 PM), https://www.wwltv.com/article/news/investigations/mike-perlstein/highway-robbery-fraud-scheme-witness-murder-guilty-plea/289-48b4900e-f5b7-4df0-8084-7480b0467fb5.

28. The Guardian via Mike Perlstein, *New Orleans murder defendant alleges his lawyer's fiance set up the killing*, The Guardian (Jan. 26, 2025, 12:30 PM), https://www.theguardian.com/us-news/2025/jan/26/new-orleans-murder-lawyer-fiance ("She had raised eyebrows after graduating from Loyola University New Orleans' law school by quickly becoming one of the city's busiest accident attorneys."; describing Harris's guilty plea as a "blockbuster development").

29. Erin Lowrey, *Mother of attorney indicted in staged wrecks scheme asks U.S. Attorney General for intervention*, WDSU (Mar. 11, 2025, 10:12 AM), https://www.wdsu.com/article/new-orleans-mother-staged-wrecks-letter-u-s-attorney-general/64144465.

30. Ken Daley, *Disbarred lawyer among two accused of federal witness murder in new 'slammer' case indictment*, WVUE (Apr. 28, 2025, 12:51 PM), https://www.fox8live.com/2025/04/28/disbarred-lawyer-among-two-accused-federal-witness-murder-new-slammer-case-indictment/.

31. WWL Staff, *Second superseding indictment filed in massive New Orleans insurance fraud probe*, WWL-TV (April 28, 2025, 6:26 PM), https://www.wwltv.com/article/news/local/sean-alfortish-staged-accident-fraud-indictment/289-eb923477-05df-4b77-818a-7c772f29ab4b ("The case is part of a broader federal crackdown on staged accident schemes, which have plagued the region's insurance markets and driven up premiums for everyday drivers. Dozens of individuals have already been charged or convicted in related investigations over the past few years.").

32. Poet Wolfe, *New Orleans attorney in staged-crash case accused of violating bond while gambling in Biloxi*, NOLA.com (Aug. 7, 2025),

https://www.nola.com/news/courts/vanessa-motta-staged-crashes/article_da85adfc-2980-4144-a444-c10ceefab0cd.html.

33. Mike Perlstein, *Attorney charged in 'Highway Robbery' case accused of gambling in violation of her bond*, WWL-TV (Aug. 8, 2025, 12:45 PM), https://www.wwltv.com/article/news/investigations/mike-perlstein/attorney-vanessa-motta-charged-in-highway-robbery-case-accused-of-gambling-in-violation-of-her-bond/289-6b14eeb1-c3aa-4cdf-8866-8fbd795d3cb2 ("Vanessa Motta, the Hollywood stuntwoman-turned-attorney who is awaiting trial for her alleged role in the multi-million dollar staged accident scheme, is now accused of gambling large sums of money at a Mississippi casino, violating her bond conditions.  **Did she do it**?" – which effectively invites the public to prejudge Ms. Motta) (emphasis added).

34. Erin Lowrey, *New Orleans attorney indicted in staged wrecks scheme will remain out of jail until trial*, WDSU (Aug. 13, 2025, 3:02 PM), https://www.wdsu.com/article/new-orleans-attorney-vanessa-motta-no-jail-gambling-allegations/65712816.

35. Mike Perlstein, *Federal prosecutors fall flat in motion to revoke 'Highway Robbery' bond*, WWL-TV (Aug. 13, 2025, 6:47 PM), https://www.wwltv.com/article/news/investigations/mike-perlstein/federal-prosecutors-fall-flat-in-motion-revoke-highway-robbery-bond/289-ad54dd7f-58bc-4f02-8f61-c0c3e9a34624.

36. Gabby Killett, *Testimony from murdered witness at center of delayed ruling in staged car crash insurance scheme case*, WVUE (Dec. 12, 2025, 9:40 PM), https://www.fox8live.com/2025/12/13/testimony-murdered-witness-center-delayed-ruling-staged-car-crash-insurance-scheme-case/.

37. Travers Mackel, *New Orleans man linked to federal staged wrecks scheme facing new charges*, WDSU (Jan. 13, 2026, 4:12 PM), https://www.wdsu.com/article/new-orleans-sean-alfortish-staged-wrecks-scheme/69990959.

38. WWL-TV, *New charges in staged accidents investigation*, WWL-TV (Jan. 13, 2026, 6:44 PM), https://www.wwltv.com/video/news/local/new-charges-in-staged-accidents-investigation/289-f2b289f8-1798-4fc5-8453-3159ae9e5a42.

39. Hope Patti, *Ex-Atty, Others Charged In Staged New Orleans Crash Scheme*, LAW 360 (Jan. 13, 2026, 4:37 PM), https://www.law360.com/pulse/small-law/articles/2429356/ex-atty-others-charged-in-staged-new-orleans-crash-scheme.

Importantly, this tally does not include the numerous televised news broadcasts or social media posts addressing Ms. Motta or this case.  Given the recent frequency of articles, this coverage will not subside; instead, it will ramp up before and during the trial.

**II.     Standard of review:**

"Due process requires that the accused receive a trial by an impartial jury free from outside influences." *Sheppard v. Maxwell*, 384 U.S. 333, 362 (1966). "Given the pervasiveness of modern communications and the difficulty of effacing prejudicial publicity from the minds of the jurors, the trial courts must take strong measures to ensure that the balance is never weighed against the accused." *Id.* The decision to sequester the jury to avoid exposure to publicity is committed to the sound discretion of the Court. *See United States v. Brown*, 250 F.3d 907, 919 (5th Cir. 2001).

**III.    Analysis:**

**A.     The Media Coverage Has Been Prejudicial and Hostile Towards Ms. Motta.**

The media's coverage has gone far beyond neutral reporting. Instead, it has consistently editorialized the case in two critical ways: (1) by framing Ms. Motta as a symbol of broader social and economic harm and encouraging the public to view her as personally responsible for rising auto-insurance costs in this state; and (2) by sensationalizing the proceedings, including by: (a) characterizing routine procedural developments as "blockbuster" or "bombshell" events, (b) publishing specious, guilt-implying commentary, and (c) associating Ms. Motta with so-called (and predetermined) "bogus" suits and "crooked attorneys."[2]

First, capitalizing on widespread public frustration with escalating insurance premiums, the media has blamed Ms. Motta – an innocent person – and her co-defendants for "plagu[ing] the region's insurance markets and driv[ing] up premiums for everyday drivers."[3] In doing so, it has

---

[2] *See, e.g.*, Erin Lowrey, *Mother of attorney indicted in staged wrecks scheme asks U.S. Attorney General for intervention*, WDSU (Mar. 11, 2025, 10:12 AM), https://www.wdsu.com/article/new-orleans-mother-staged-wrecks-letter-u-s-attorney-general/64144465 (video coverage characterizing "bombshell" developments); Nigell Moses and Kenny Kuhn, *Two New Orleans attorneys allegedly linked to staged 18-wheeler crash fraud scheme, lose law licenses*, WWL-TV (Dec. 29, 2024, 11:42 AM), https://www.wwltv.com/article/news/investigations/mike-perlstein/new-orleans-attorneys-suspended-staged-crash-fraud-insurance-accident-law-fbi-federal-investihgation-louisiana-auto-insurance/289-98da09a4-375d-4945-b292-f9490fe3d0bc.

[3] WWL Staff, *Second superseding indictment filed in massive New Orleans insurance fraud probe*, WWL-TV (April 28, 2025, 6:26 PM), https://www.wwltv.com/article/news/local/sean-alfortish-staged-accident-fraud-indictment/289-eb923477-05df-4b77-818a-7c772f29ab4b.

deliberately pitted the public against Ms. Motta by portraying her alleged conduct as a direct financial injury to every Louisiana motorist.

What's more, the media has explicitly instructed readers that they each have a personal stake in the prosecution, thereby transforming the case into a matter of public self-interest. One article stated that "[a]nyone who pays for car insurance in Louisiana also has a stake in the federal investigation" and, therefore, in Motta's case, because Louisiana drivers allegedly "pay an average of $600 a year more" due to fraudulent accident claims like those alleged in this case.[4] Another article warned, "We're all going to be paying more insurance as a result of these fraudulent claims" allegedly at issue in Ms. Motta's case, directly tying the outcome of Ms. Motta's case to the public's personal financial burden.[5] The media has also framed the prosecution itself as a vehicle for public relief, suggesting that Ms. Motta's conviction could result in savings for every Louisiana driver.[6] This narrative transforms the case from a determination of individual guilt or innocence into a referendum on insurance costs, casting Ms. Motta as an adversary of the community at large rather than a defendant entitled to the presumption of innocence.[7]

Second, in addition to economic scapegoating, the media has sensationalized this case through inflammatory language. For example, it characterized the indictment as a "surprise

---

[4] Mike Perlstein, *He owns race horses, she was a stuntwoman. So how do they fit into the federal probe into 18-wheeler accident fraud in New Orleans?*, WWL-TV (Nov. 7, 2019, 10:09 PM), https://www.wwltv.com/article/news/investigations/mike-perlstein/highway-robbery-part-three/289-8dc47385-df0f-4cbf-b2fc-0b220cb152c5.

[5] Mike Perlstein, *Attorney indicted, key witness murdered as FBI turns up the heat in Louisiana insurance fraud investigation*, WWL-TV (Nov. 23, 2020, 10:16 PM), https://www.wwltv.com/article/news/investigations/mike-perlstein/highway-robbery-fbi-closing-in-on-louisiana-attorneys-in-fraud-investigation/289-23828066-505f-4755-9ec0-9f8b7e25d256.

[6] Mike Perlstein, *'Operation Sideswipe' wraps with a whimper – what are the implications for La. drivers?: As a massive federal fraud case wraps up with mostly low-level defendants, the anticipated car insurance savings La. drivers fails to materialize*, WWL-TV (Nov. 21, 2023, 7:07 PM), https://www.wwltv.com/article/news/investigations/mike-perlstein/highway-robbery-operation-sideswipe-insuarance-fraud-slammers-mike-perlstein-louisiana/289-d804fd83-db4e-4170-8476-6321ae7b28f1.

[7] *See, e.g*., Mike Perlstein, *Highway Robbery | Attorneys indicted for massive fraud*, WWL-TV (Dec. 9, 2024, 6:27 PM), https://www.wwltv.com/article/news/investigations/mike-perlstein/highway-robbery-attorneys-indicted-for-massive-fraud-staged-truck-accidents/289-ed6b56a4-e946-4098-891c-61f060805b41.

blockbuster" that the government dropped like a "bomb."[8] Further, coverage has repeatedly linked Ms. Motta to "bogus claims," a loaded description that presupposes fraud and invites the public to predetermine guilt. Some articles have gone so far as to pose guilt-implying questions such as, "Did she do it?"[9] while publishing speculative commentary untethered to any record evidence, including assertions questioning how Ms. Motta, "someone just out of law school, … accumulate[d] all of these same type cases" and why she "would stay on the record of these cases where many other lawyers have jumped ship."[10]

The media's sustained and one-sided coverage over multiple years has fostered a climate in which prospective jurors are encouraged to view Ms. Motta not as a defendant entitled to a fair and impartial trial, but as the cause of a statewide problem they are personally paying for and someone already deemed guilty in the court of public opinion. And given the recent surge in media attention, there is no sign that this prejudicial coverage will subside. To the contrary, it is likely to intensify as trial approaches and to persist throughout the trial itself. This case has attracted widespread media attention at Ms. Motta's expense, and will continue to garner attention from the press upon commencement of the trial. Against this backdrop, even the most rigorous *voir dire* cannot suffice to dispel the reasonable likelihood of jury bias, underscoring the need for

---

[8] Mike Perlstein, *Key witness in massive Louisiana staged accident scam was murdered execution-style*, WWL-TV (May 7, 2024), https://www.wwltv.com/article/news/local/witness-in-louisiana-staged-accident-scam-was-murdered-indictment-federal-investigation-insurance-fraud-crash-traffic/289-46e93062-7149-4267-b09c-d2b0; *see also* Erin Lowrey, *Mother of attorney indicted in staged wrecks scheme asks U.S. Attorney General for intervention*, WDSU (Mar. 11, 2025, 10:12 AM), https://www.wdsu.com/article/new-orleans-mother-staged-wrecks-letter-u-s-attorney-general/64144465 (video coverage describing "bombshell development").

[9] Mike Perlstein, *Attorney charged in 'Highway Robbery' case accused of gambling in violation of her bond*, WWL-TV (Aug. 8, 2025, 12:45 PM), https://www.wwltv.com/article/news/investigations/mike-perlstein/attorney-vannessa-motta-charged-in-highway-robbery-case-accused-of-gambling-in-violation-of-her-bond/289-6b14eeb1-c3aa-4cdf-8866-8fbd795d3cb2.

[10] Mike Perlstein, *He owns race horses, she was a stuntwoman. So how do they fit into the federal probe into 18-wheeler accident fraud in New Orleans?*, WWL-TV (Nov. 7, 2019, 10:09 PM), https://www.wwltv.com/article/news/investigations/mike-perlstein/highway-robbery-part-three/289-8dc47385-df0f-4cbf-b2fc-0b220cb152c5; see also Mike Perlstein, *'Highway Robbery' murder defendant pleads guilty, implicates others in killing*, WWL-TV (Jan. 16, 2025, 5:45 PM), https://www.wwltv.com/article/news/investigations/mike-perlstein/highway-robbery-fraud-scheme-witness-murder-guilty-plea/289-48b4900e-f5b7-4df0-8084-7480b0467fb5.

sequestration. *See, e.g.*, *Rideau v. Louisiana,* 373 U.S. 723, 727 (1963) (observing that repeated television broadcasts of the defendant's confession to murder, robbery, and kidnaping so thoroughly poisoned local sentiment as to raise doubts that even the most careful *voir dire* could have secured an impartial jury); *see also* 6 W. LaFave, J. Israel, N. King, & O. Kerr, Criminal Procedure § 23.2(a), p. 264 (3d ed. 2007) ("The best reading of *Rideau* is that the Court there recognized that prejudicial publicity may be so inflammatory and so pervasive that the *voir dire* simply cannot be trusted to fully reveal the likely prejudice among prospective jurors").

### B. Anticipated Media Coverage During Trial Will Continue to Undermine the Fairness of the Proceedings.

Even with a careful *voir dire* process and appropriate limiting instructions directing jurors to decide the case solely on the evidence presented in open court, the volume and nature of the publicity already surrounding this case make it highly likely that jurors will be exposed, directly or indirectly, to continuing media coverage during trial. Given the extent of pretrial publicity and the media's demonstrated approach to reporting on this case, sequestration is necessary to prevent exposure during trial that would compromise the fairness of the proceedings.

In *Sheppard v. Maxwell*, the Supreme Court vacated a conviction where the trial court failed to insulate jurors from a "deluge of publicity," concluding that the media coverage had so infected the trial atmosphere that it denied the defendant due process. 384 U.S. at 357; *see also id*. at 356 (observing that "Throughout the preindictment investigation, the subsequent legal skirmishes and the nine-week trial, circulation-conscious editors catered to the insatiable interest of the American public in the bizarre. In this atmosphere of a 'Roman holiday' for the news media, Sam Sheppard stood trial for his life."). The Court emphasized that the press had "inflamed and prejudiced the public" by publishing information not admitted at trial, summarizing and interpreting evidence (with particular attention to material that incriminated the defendant), and

drawing unwarranted inferences from testimony. *Id*. at 357. The new trial that followed resulted in acquittal. *See Stuart*, 427 U.S. at 554 (1976).

Here, the media has already shown that, during trial, it is likely to follow the same pattern of coverage as that in *Sheppard*. First, reporters have published information not contained in court records or presented in open proceedings. For example, well before Ms. Motta was charged, media outlets publicly identified her as "Attorney B" referenced in an indictment that did not name her, disclosing information beyond what the charging documents revealed and inviting speculation about her role. *See, e.g.*, Ramon Antonio Vargas, *In New Orleans, case of staged accidents, disbarred lawyer, stuntwoman attorney takes a dark turn*, NOLA.com (Sept. 24, 2020), https://www.nola.com/news/crime_police/in-new-orleans-case-of-staged-accidents-disbarred-lawyer-stuntwoman-attorney-takes-a-dark-turn/article_e489aa3a-feb2-11ea-be7c-6f14f6de9f17.html ("The court records don't name Motta or her fiancé, Sean Alfortish, but they strongly suggest that Alfortish was paying Garrison to stage the accidents and referring the resulting legal work to Motta. Justice Department policy generally calls for using pseudonyms for people accused in documents of breaking the law but not charged with a crime. The indictment calls Alfortish 'Co-conspirator A' and Motta 'Attorney B.'").

Second, the media has summarized and interpreted what it characterizes as "evidence" of Ms. Motta's alleged involvement in fraudulent conduct, even when that material arose in pretrial contexts unrelated to her case, such as Leon Parker's detention proceedings.[11] *See, e.g.*, Mike Perlstein, *Links to murder of federal witness to keep "Highway Robbery" defendant in jail*, WWL-TV (Dec. 16, 2024, 10:18 PM), https://www.wwltv.com/article/news/investigations/mike-perlstein/links-murder-federal-witness-highway-robbery-defendant-jail/289-348ad992-9388-

---

[11] *See* R. Docs. 118, 119.

4a4d-b8b7-5071f5c964f1 (stating that "*Evidence* that prosecutors filed evidence last week shows that Garrison was working closely with Alfortish to stage accidents and steer the participants to file allegedly fraudulent lawsuits through Alfortish's fiancée, Vanessa Motta") (emphasis added).

Finally, the media has drawn unwarranted inferences, publishing commentary that invites suspicion based on conjecture, such as suggesting wrongdoing based on Ms. Motta's professional success shortly after law school. *See, e.g.*, The Guardian via Mike Perlstein, *New Orleans murder defendant alleges his lawyer's fiance set up the killing*, The Guardian (Jan. 26, 2025, 12:30 PM), https://www.theguardian.com/us-news/2025/jan/26/new-orleans-murder-lawyer-fiance ("She had raised eyebrows after graduating from Loyola University New Orleans' law school by quickly becoming one of the city's busiest accident attorneys."). These insinuations are precisely the type of prejudicial inferences *Sheppard* warned against, as they encourage jurors to form conclusions untethered to evidence presented in court.

In light of this, there is no reason to expect that media coverage during trial will be restrained, neutral, or limited to admissible evidence. To the contrary, the risk that jurors will be exposed to extrajudicial information, editorialized interpretations, and guilt-implying commentary is substantial. That extrajudicial information will poison and disrupt the trial process itself. Accordingly, sequestration is necessary to protect the integrity of the proceedings and ensure that Ms. Motta's due process rights, which "require[] that the accused receive a trial by an impartial jury free from outside influences," are protected. *Sheppard*, 384 U.S. at 362.

## IV.     Conclusion:

Pervasive and ongoing media coverage, combined with the realities of smartphones, social media, and twenty-four-hour news, create a reasonable likelihood that jurors will be exposed to extrinsic information during trial that cannot be neutralized through *voir dire* or jury instructions alone. Sequestration will ensure a fair trial and shield the jury from interference by the media and

will satisfy this Court's "duty to protect [Ms. Motta] from the inherently prejudicial publicity." *See Stuart*, 427 U.S. at 552-53 (quotation omitted). Ms. Motta's motion, then, must be granted.

Respectfully submitted,

*/s/ Sean M. Toomey*
Sean M. Toomey (La. Bar #36055)
Ellen D. George (La. Bar #39891)
Zachary D. Berryman (La. Bar # 40278)
Dominic M. Berthelot (La. Bar # 41159)
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
Email: stoomey@liskow.com
      egeorge@liskow.com
      zberryman@liskow.com
      dberthelot@liskow.com

***Attorneys for Defendants Vanessa Motta and Motta Law, LLC***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of January, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

*/s/ Sean M. Toomey*