MINUTE ENTRY
VITTER, J.
MARCH 2, 2026
JS10 – 8:10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NUMBER: 24-105 |
| VANESSA MOTTA<br>MOTTA LAW, LLC<br>JASON F. GILES<br>THE KING FIRM, LLC<br>DIAMINIKE STALBERT | SECTION: "D" (1) |

**JURY TRIAL**
DAY 1

CASE MANAGER:    Lanie Bryant/Bridget Gregory
COURT REPORTER:  Alexis Vice
LAW CLERK:        Frances Ledson

APPEARANCES:     Matthew Payne, Brian Klebba, Jeffrey McLaren and Mary Katherin Kaufman, Counsel for Government
Sean Toomey, Ellen George, Dominic Berthelot and Zachary Berryman, Counsel for Defendant Vanessa Motta and Motta Law, LLC
Lynda Van Davis-Greenstone, Counsel for Defendant Jason Giles
Richard Simmons, Counsel for defendant The King Firm, LLC
Hester Hilliard, Counsel for defendant Diaminike Stalbert
Vanessa Motta, Defendant
Jason Giles, Defendant
Diaminike Stalbert, Defendant

Court begins at 8:09 a.m.
Case called.
All present and ready.
Counsel makes appearances for record.
Court address preliminary matters on the record.
Court recesses at 8:20 a.m.
Court resumes at 9:01 a.m.
Jury called, sworn on Oath of Voir Dire, and questioned.
Court recess at 10:32 a.m.
Court resumes at 10:45 a.m.
Juror #16 and #86 are excused.
Court recess at 12:55 p.m.
Court resumes at 1:50 p.m.
Voir Dire questioning continued.

CR 24-105 "D"
Page 2- Jury Trial Minutes Day 1
March 2, 2026

Jurors given recess instructions and discharged for the evening.
Trial will continue at 8:00 a.m. on Tuesday, March 3, 2026.
Court Adjourned at 6:08 p.m.

*WBV*